UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| CLEAN COATING INVESTMENT FUND I, LLC and CLEAN COATING INVESTMENT FUND II, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>XTI02, INC.,<br><br>Defendant. | Civil Action No. 22-cv-00565-VAC<br><br>JURY TRIAL DEMANDED |

## **STIPULATION OF DISMISSAL**

Plaintiffs Clean Coating Investment Fund, I, LLC ("CCIF I") and Clean Coating Investment Fund II, LLC ("CCIF II" and together with CCIF I, "Plaintiffs"), and defendant XTI02, Inc. ("Defendant"), by their respective undersigned attorneys, hereby stipulate that the above-captioned case is hereby dismissed without prejudice, all parties to bear their own costs and fees.

| HILLER LAW, LLC | FINGER & SLANINA, LLC |
|---|---|
| /s/ Adam Hiller<br>Adam Hiller (DE No. 4105)<br>300 Delaware Avenue, Suite 210, #227<br>Wilmington, Delaware 19801<br>(302) 442-7677 telephone<br>ahiller@adamhillerlaw.com<br><br>*Attorney for Plaintiffs* | /s/ David L. Finger<br>David L. Finger (DE No. 2556)<br>One Commerce Center<br>1201 N. Orange St., 7th floor<br>Wilmington, DE 19801-1186<br>(302) 573-2525<br>dfinger@delawgroup.com<br><br>*Attorneys for Defendant* |